**HEATHER R. ROGERS**
California State Bar No. 229519
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
e-mail: heather_rogers@fd.org

Attorneys for Defendant Landa-Garcia

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW LANDA-GARCIA, ) <br> ) <br> Defendant. ) <br> ) | Case No. 07mj2443 <br><br> **NOTICE OF APPEARANCE** |

       Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Heather R. Rogers, and Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                             Respectfully submitted,

Dated: October 12, 2007             *s/ Heather R. Rogers*
                                               HEATHER R. ROGERS
                                               Federal Defenders of San Diego, Inc.
                                               Attorneys for Defendant
                                               heather_rogers@fd.org