**HEATHER R. ROGERS**
California State Bar No. 229519
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
e-mail: heather_rogers@fd.org

Attorneys for Mr. Landa-Garcia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07mj2443 |
| Plaintiff, | ) | |
| v. | ) | **PROOF OF SERVICE** |
| **ANDRES LANDA-GARCIA**, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney's Office**
efile.dkt.crim@usdoj.gov; and

Dated: October 17, 2007          /s/ Heather R. Rogers
**HEATHER R. ROGERS**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: heather_rogers@fd.org