FILED
NOV 15 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY \_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Criminal Case No. 07CR3077-JM |
|                                   ) | |
|     Plaintiff, ) | I N F O R M A T I O N |
|                                   ) | |
| v.                                ) | Title 8, U.S.C., Sec. 1325 - |
|                                   ) | Illegal Entry (Misdemeanor); |
| ANDRES LANDA-GARCIA,              ) | Title 8, U.S.C., Sec. 1325 - |
|                                   ) | Illegal Entry (Felony); |
|     Defendant. ) | Title 8, U.S.C., Sec. 1325 - |
|                                   ) | Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about 10/2/07, within the Southern District of California, defendant ANDRES LANDA-GARCIA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//

CJB:kmm:San Diego
10/31/07

Count 2

On or about __10/3/07__, within the Southern District of California, defendant ANDRES LANDA-GARCIA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

Count 3

On or about October 3, 2007, within the Southern District of California, defendant ANDRES LANDA-GARCIA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: __11/15/07__.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney