AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ANDRES LANDA-GARCIA

FILED
NOV 1 5 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

WAIVER OF INDICTMENT

CASE NUMBER 07CR 3077-JM

I, ANDRES LANDA-GARCIA, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/15/7 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X A.L.G.
Defendant

X H. Rojas
Counsel for Defendant

Before _____
JUDICIAL OFFICER